IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONA SCARPA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER FRANK PAWLOWSKI, CAPTAIN JOHN DOUGHERTY, and TROOPER KENNETH EDWARDS, Of the Pennsylvania State Police,<br><br>    Defendants. | Civil Action No. 3:10-cv-1022<br><br>(Judge Kosik)<br><br>(Filed Electronically) |

## STIPULATED DISMISSAL

Plaintiff and Defendants having settled their disputes and memorialized that settlement in a Settlement Agreement, the parties hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Any action to enforce the agreement shall be governed by state law.

For Plaintiff:

*/s/ Mary Catherine Roper*
Mary Catherine Roper
PA ID No. 71107
American Civil Liberties Foundation of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
(215) 592-1513

For Defendants:

*/s/ Barbara L. Christie*
Barbara L. Christie
Chief Counsel for Pennsylvania State Police
Governor's Office of General Counsel
1800 Elmerton Avenue
Harrisburg, PA  17110
Phone: 717.783.5568
Fax: 717.772.2883
bchristie@state.pa.us